IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:09CR59
                               )
         v.                    )
                               )
ANTHONY GRANT,                 )              ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 17).  Subject to the filing of a written waiver of speedy trial, the Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that, subject to the filing of a written waiver of speedy trial, defendant's motion is granted.  Trial of this matter is rescheduled for:

**Monday, June 22, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 13, 2009, and June 22, 2009, shall be deemed excludable time in any computation of

time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court